UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **DON NORTON**, **KAREN OTTERSON,** and **JESSICA ZENQUIS** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) No.  15-CV-3276 |
| **CITY OF SPRINGFIELD,** | ) ) ) |
| **Defendant.** | ) |

### OBJECTION TO MOTION FOR PRELIMINARY INJUNCTION

**NOW COMES** Defendant, **City of Springfield** ("City") by and through its attorneys, James K. Zerkle, Corporation Counsel and Steven C. Rahn, Assistant Corporation Counsel for the City of Springfield, and for its objection to Plaintiffs' Motion For Preliminary Injunction states as follows:

1. Defendant objects to the motion on the basis that Plaintiffs have not and cannot demonstrate a likelihood of prevailing on the merits.

2. The portion of the City's ordinance regulating panhandling to which the Plaintiffs object to an amendment to §131.06 of the Springfield Municipal Code which added a clause to subsection §131.06(a)(2)a. of the Ordinance to prohibit knowingly approaching to within 5 feet of the target of the panhandler's solicitation.  Hereinafter, the portion of the Ordinance which is the subject of lawsuit will be referred to as the Ordinance Amendment.

3. The City maintains that the Ordinance Amendment was enacted to further a compelling government interest in the personal safety of its citizens.

4.        The Ordinance Amendment is narrowly tailored to achieve that interest and has minimal if any impact upon the Plaintiffs' exercise of their First Amendment rights.

**WHEREFORE**, Defendant prays this Court deny Plaintiffs' Motion for Preliminary Injunction.

>                                RESPECTFULLY SUBMITTED,
>                                s/ Steven C. Rahn
>                                Bar Number 6188985
>                                Assistant Corporation Counsel
>                                Room 313 Municipal Center East
>                                800 East Monroe Street
>                                Springfield, Illinois 62701-1689
>                                Telephone:    (217) 789-2393
>                                Fax:          (217) 789-2397
>                                 Email: steven.rahn@springfield.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **DON NORTON**, **KAREN OTTERSON,** and **JESSICA ZENQUIS** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  15-CV-3276 |
| **CITY OF SPRINGFIELD,** | ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 9, 2015,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Adele D. Nicholas and Mark G. Weinberg and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

        RESPECTFULLY SUBMITTED,
        s/ Steven C. Rahn
        Bar Number 6188985
        Assistant Corporation Counsel
        Room 313 Municipal Center East
        800 East Monroe Street
        Springfield, Illinois 62701-1689
        Telephone:    (217) 789-2393
        Fax:              (217) 789-2397
        Email: steven.rahn@springfield.il.us
                corporation.counsel@springfield.il.us